JS-6

Deepa Talwar ( SBN#277358)
*deepa@mazalent.com*
19849 Nordhoff Street
Northridge, CA 91324
Phone: (818) 391-0807  Fax:(818)-886-3257

Attorneys for Vivo Per Lei, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVO PER LEI, INC., a California Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>Irit Bruchim<br><br>    Defendant. | CASE No.  CV 12-0061<br><br>**DISMISSAL OF IRIT BRUCHIM**<br><br>Judge:         George H. Wu.<br>Magistrate:  Jay C. Gandhi |

Pursuant to Vivo Per Lei and Irit Bruchim's stipulation for dismissal, the Court hereby dismisses Irit Bruchim for the above-captioned matter with prejudice. Each party shall bear its own costs.

Dated: October 12, 2012

_____
Hon. George H. Wu
United States District Judge